# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | |
|---|---|---|
| ANNETTE KINGSOLVER,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL, et al,,<br><br>Defendants/Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:23cv058 |

**<u>ORDER</u>**

The Judgment of the Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 14 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA